---

Fill in this information to identify the case:

United States Bankruptcy Court for the:
_____
**Southern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an
   amended filing

---

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **Green Copperfield, LLC d/b/a Trailer King Builders** |
| **2. All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 2 – 3 6 0 4 1 2 2** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7130 Pinemont Dr.** | |
| Number    Street | Number    Street |
| **Houston, TX 77040** | |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Harris** | |
| County | Number    Street |
| | |
| | City                State    ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☑ Other. Specify: _____

---

Debtor    **Green Copperfield, LLC d/b/a Trailer King Builders**                          Case number *(if known)* _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____  Case number _____
                                   MM / DD / YYYY

            District _____  When _____  Case number _____
                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____  Relationship _____

            District _____  When _____
                                        MM / DD / YYYY

            Case number, if known _____

Debtor   **Green Copperfield, LLC d/b/a Trailer King Builders**                    Case number *(if known)*
         Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>Number   Street<br>_____<br>City   State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>Contact name _____<br>Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49  ☑ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

| Debtor | Green Copperfield, LLC d/b/a Trailer King Builders | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING –** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   7/3/2025
MM/ DD/ YYYY

X _____
Signature of authorized representative of debtor

Title _____

Patrick Bolanos
Printed name

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date   07/03/2025
MM/ DD/ YYYY

Bennett G. Fisher
Printed name

Lewis Brisbois
Firm name

24 Greenway Plaza 1400
Number          Street

Houston
City

TX
State

77046
ZIP Code

(713) 659-6767
Contact phone

bennett.fisher@lewisbrisbois.com
Email address

07049125
Bar number

TX
State

Fill in this information to identify the case:

Debtor Name **Green Copperfield, LLC d/b/a Trailer King Builders**

United States Bankruptcy Court for the: _____**Southern**_____ District of _____**Texas**_____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Newtek Bank** | **Checking account** | 5 7 4 8 | $23,763.30 |
| 3.2. **B1 Bank** | **Checking account** | ___ ___ ___ ___ | $0.00 |

4. **Other cash equivalents** *(Identify all)*

| 4.1 **Wise_us** | $69.92 |
|---|---|

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $23,833.22 |
   |---|

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____ _____

Debtor    __Green Copperfield, LLC d/b/a Trailer King Builders__          Case number *(if known)* _____
          Name

---

7.2 _____    _____

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

      Description, including name of holder of prepayment

      8.1 _____    _____

      8.2 _____    _____

9.    **Total of Part 2**

      Add lines 7 through 8. Copy the total to line 81.                  _____

| Part 3: | Accounts receivable |
|---|---|

10.   **Does the debtor have any accounts receivable?**

      ☑ No. Go to Part 4.

      ☐ Yes. Fill in the information below.

                                                                          **Current value of debtor's interest**

11.   **Accounts receivable**

      11a. 90 days old or less:  _____ - _____ =....➜   _____
                                 face amount      doubtful or uncollectible accounts

      11b. Over 90 days old:     _____ - _____ =....➜   _____
                                 face amount      doubtful or uncollectible accounts

12.   **Total of Part 3**

      Current value on lines 11a + 11b = line 12. Copy the total to line 82.   _____

| Part 4: | Investments |
|---|---|

13.   **Does the debtor own any investments?**

      ☑ No. Go to Part 5.

      ☐ Yes. Fill in the information below.

                                              **Valuation method used for current value**   **Current value of debtor's interest**

14.   **Mutual funds or publicly traded stocks not included in Part 1**

      Name of fund or stock:

      14.1 _____    _____    _____

      14.2 _____    _____    _____

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

      Name of entity:                              % of ownership:

      15.1. _____    _____    _____    _____

      15.2. _____    _____    _____    _____

---

Debtor    **Green Copperfield, LLC d/b/a Trailer King Builders**        Case number *(if known)* _____
          Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____        _____        _____

    16.2 _____        _____        _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                                   | _____ |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                                   | _____ |

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

---

Debtor   **Green Copperfield, LLC d/b/a Trailer King Builders**          Case number *(if known)* _____
Name

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.    ┌──────────────┐
                                                       └──────────────┘

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor    **Green Copperfield, LLC d/b/a Trailer King Builders**          Case number *(if known)* _____
          Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | Desks, Chairs, Tables, and furniture in lobby | $0.00 | | $4,000.00 |
| 40. | **Office fixtures** | | | |
| | | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | TVs (3) | $0.00 | | $900.00 |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $4,900.00 |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

46.    **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 FedEx Truck | $0.00 | Per Client | $4,000.00 |
| | 47.2 Utility Trailer | $0.00 | Per Client | $1,200.00 |
| 48. | **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor   __Green Copperfield, LLC d/b/a Trailer King Builders__          Case number *(if known)* _____
            Name

| | | | |
|---|---|---|---|
| 48.1 | | | |
| 48.2 | | | |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | | | |
| 49.2 | | | |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Container - 20 for storage** | **$0.00** | | **$2,000.00** |

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.

    | |
    |---|
    | **$7,200.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 9:**   Real property

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |
| 55.3 | | | | |
| 55.4 | | | | |
| 55.5 | | | | |
| 55.6 | | | | |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    | |
    |---|
    | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No
    ☐ Yes

Debtor   **Green Copperfield, LLC d/b/a Trailer King Builders**   Case number *(if known)* _____
         Name

---

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Trailer King Builders | unknown | | unknown |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer lists | unknown | Per Client | $100,000.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| | $100,000.00 |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

---

Debtor    **Green Copperfield, LLC d/b/a Trailer King Builders**                    Case number *(if known)* _____
          Name

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  _____ – _____ = ➔  _____
                          Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  _____

_____  Tax year _____  _____

_____  Tax year _____  _____

73. **Interests in insurance policies or annuities**

_____                            _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                            _____

**Nature of claim**       _____

**Amount requested**      _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                            _____

**Nature of claim**       _____

**Amount requested**      _____

76. **Trusts, equitable or future interests in property**

_____                            _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                            _____

_____                            _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                      |_____|

---

Debtor    **Green Copperfield, LLC d/b/a Trailer King Builders**          Case number *(if known)* _____
          Name

---

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $23,833.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,900.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,200.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................➡ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $100,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + _____ | |
| 91. **Total.** *Add lines 80 through 90 for each column*..........................91a. | $135,933.22 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................... | | $135,933.22 |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

Fill in this information to identify the case:

Debtor name  **Green Copperfield, LLC d/b/a Trailer King Builders**

United States Bankruptcy Court for the: _____**Southern**_____  District of ____**Texas**____
                                                                                                    (State)

Case number (if known): _____

☐ Check if this is an amended filing

<u>Official Form 206D</u>

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1.  Do any creditors have claims secured by debtor's property?
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** **Creditor's name**
All American Floor Plan, LLC

| | | | |
| --- | --- | --- | --- |
| **Creditor's name** All American Floor Plan, LLC | **Describe debtor's property that is subject to a lien** _____ | $158,223.00 | unknown |

**Creditor's mailing address**
Wilton Wade
311 S 3rd Street
Union City, TN 38261

**Describe the lien**
Loan

**Creditor's email address, if known**
wilton.wade@trailersfloorplanusa.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** Creditor Contact - Wilton Wade - wilton.wade@trailersfloorplanusa.com

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $1,649,270.54

Debtor    **Green Copperfield, LLC d/b/a Trailer King Builders**      Case number (if known) _____

     Name

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.2** Creditor's name

**CAH Group, LLC**

Describe debtor's property that is subject to a lien

      unknown        unknown

_____

Creditor's mailing address

**3 Waters Park Dr. Suite 231**

**San Mateo, CA 94403**

_____

Describe the lien

_____

Creditor's email address, if known

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred    _____

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

     ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor  **Green Copperfield, LLC d/b/a Trailer King Builders**

Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3** Creditor's name

**SBA - Newtek Small Business Finance, LLC**

Describe debtor's property that is subject to a lien

_____

_____

_____

Describe the lien

_____

$866,587.67          unknown

Creditor's mailing address

**1981 Marcus Avenue Suite 130**

**New Hyde Park, NY 11042**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number  __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Debtor    **Green Copperfield, LLC d/b/a Trailer King Builders**
     Name

Case number (if known) _____

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4** **Creditor's name**

     **SBA - US Small Business Administration**

**Creditor's mailing address**

     **Office of General Counsel**

     **409 3rd St. SW**

     **Washington, DC 20416**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

       _____

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Customer lists, Newtek Bank, Container - 20 for storage, FedEx Truck, Desks, Chairs, Tables, and furniture in lobby, TVs (3) , Utility Trailer, Wise_us

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| $624,459.87 | $135,933.22 |

Debtor  **Green Copperfield, LLC d/b/a Trailer King Builders**                    Case number (if known) _____
       Name

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.5**  **Creditor's name**

**Timberland Bank**

**Describe debtor's property that is subject to a lien**

_____

**Creditor's mailing address**

**624 Simpson Ave**

**Hoquiam, WA 98550**

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: **unknown**

Column B: **unknown**

Fill in this information to identify the case:

Debtor name __**Green Copperfield, LLC d/b/a Trailer King Builders**__

United States Bankruptcy Court for the:

__**Southern District of Texas**__

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1** Priority creditor's name and mailing address

**Annette Ramirez, Tax Assessor-Collector**

__PO Box 2109__

__Houston, TX 77210-2109__

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

__Accrued Sales Tax__

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$49,826.69**     Priority amount: **$49,823.69**

**2.2** Priority creditor's name and mailing address

**z Blanca Duque**

__21639 Cabramatta Field Dr.__

__Cypress, TX 77433__

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

__Payroll__

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$40,189.04**     Priority amount: **$17,150.00**

Debtor    **Green Copperfield, LLC d/b/a Trailer King Builders**
          _____
          Name

Case number *(if known)* _____

---

| Part 1: | Additional Page |
|---------|-----------------|

**2.3**

Priority creditor's name and mailing address

**z Patrick Bolanos**

**11734 Rastello Lane**

**Richmond, TX 77406**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Payroll**

Is the claim subject to offset?
☑ No
☐ Yes

$29,897.64                $17,150.00

---

**2.4**

Priority creditor's name and mailing address

**z Roy Alba**

**530 New Haven Dr.**

**Houston, TX 77076**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Payroll**

Is the claim subject to offset?
☑ No
☐ Yes

$20,676.36                $17,150.00

---

**2.5**

Priority creditor's name and mailing address

**z Valerie Facusse**

**11734 Rastello Lane**

**Richmond, TX 77406**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Payroll**

Is the claim subject to offset?
☑ No
☐ Yes

$22,768.20                $17,150.00

---

Debtor    **Green Copperfield, LLC d/b/a Trailer King Builders**      Case number *(if known)* _____

Name

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

---

**3.1** Nonpriority creditor's name and mailing address

Airgas USA

Patricia Carter

N112W13333 Mequon Rd

Germantown, WI 53022

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,046.13**

---

**3.2** Nonpriority creditor's name and mailing address

Airxcel

Rachael Meister

3050 N. St. Francis

Wichita, KS 67219

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$15,772.00**

---

**3.3** Nonpriority creditor's name and mailing address

Ally Servicing LLC

1010 Dale St N

Saint Paul, MN 55117

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$55,620.81**

---

**3.4** Nonpriority creditor's name and mailing address

American Cargo Group

Accounts Receivable

1503 McNaughton Ave

Elkhart, IN 46514

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$127,326.00**

---

Debtor **Green Copperfield, LLC d/b/a Trailer King Builders**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $249,939.98
--- | --- | --- | ---
| **Amex Business Platinum Card ending #4001** | *Check all that apply.* |
| | ☐ Contingent |
| **PO Box 981535** | ☐ Unliquidated |
| **El Paso, TX 79998-1535** | ☐ Disputed |
| | **Basis for the claim:** **Credit Card** |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number __ __ __ __ | ☐ Yes |

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,358.66
--- | --- | --- | ---
| **Amex Delta Platinum Card ending #1004** | *Check all that apply.* |
| | ☐ Contingent |
| **PO Box 981535** | ☐ Unliquidated |
| **El Paso, TX 79998-1535** | ☐ Disputed |
| | **Basis for the claim:** **Credit Card** |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number __ __ __ __ | ☐ Yes |

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,755.72
--- | --- | --- | ---
| **Amex Hilton Honors Card Ending #1002** | *Check all that apply.* |
| | ☐ Contingent |
| **PO Box 981535** | ☐ Unliquidated |
| **El Paso, TX 79998-1535** | ☐ Disputed |
| | **Basis for the claim:** **Credit Card** |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number __ __ __ __ | ☐ Yes |

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,995.00
--- | --- | --- | ---
| **Apex-Funding** | *Check all that apply.* |
| | ☑ Contingent |
| **Josh Eisenberg** | ☑ Unliquidated |
| | ☑ Disputed |
| **3050 Biscayne Blvd Suite 502** | **Basis for the claim:** **Loan** |
| **Miami, FL 33137** | |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred _____ | ☑ No |
| Last 4 digits of account number __ __ __ __ | ☐ Yes |

Debtor    **Green Copperfield, LLC d/b/a Trailer King Builders**

Name                                    Case number *(if known)*

| **Part 2:** | Additional Page |
| --- | --- |

---

**3.9**

**Nonpriority creditor's name and mailing address**

**Associated Distributors**

**Cliff Gallipo**

**2653 Austin Hwy Suite 104**

**San Antonio, TX 78218**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$104,601.97**

---

**3.10**

**Nonpriority creditor's name and mailing address**

**Carruth-Doggett, Inc.**

**Marlene Caman**

**7110 North Freeway**

**Houston, TX 77076**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$13,320.18**

---

**3.11**

**Nonpriority creditor's name and mailing address**

**CE - 3D & Digital Designs**

**Catalina Estrada**

**Minorca 12**

**Villas Nautico Altamira, 89605**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,185.00**

**Remarks:** Minorca 12
Villas Nautico Altamira, Tamaulipas 89605
Mexico address

---

**3.12**

**Nonpriority creditor's name and mailing address**

**Chase Business Card ending #8453**

**1118 Fry Rd**

**Houston, TX 77084**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$97,483.78**

---

Debtor     **Green Copperfield, LLC d/b/a Trailer King Builders**

Name                                                                          Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

---

**3.13**

Nonpriority creditor's name and mailing address

**Chase ending #1411**

**1118 Fry Rd**

**Houston, TX 77084**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$35,839.32

---

**3.14**

Nonpriority creditor's name and mailing address

**Cintas Corp**

**Heather Crow**

**6707 W Sam Houston Pkwy N**

**Houston, TX 77041**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$2,607.42

---

**3.15**

Nonpriority creditor's name and mailing address

**Credit Line Capital Group**

**Mitchell Levy**

**124 Grove Avenue Suite 194**

**Cedarhurst, NY 11516**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$35,382.91

---

**3.16**

Nonpriority creditor's name and mailing address

**Dexter Distribution Group LLC**

**John A Masters**

**2100 N. West Bypass**

**Springfield, MO 65803**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$33,742.73

---

| Debtor | **Green Copperfield, LLC d/b/a Trailer King Builders** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 2:** | Additional Page |
|---|---|

**3.17**

Nonpriority creditor's name and mailing address

**Diana's Commisary Food Service Inc**

**Oscar Lazo**

**13515 S Post Oak Rd**

**Houston, TX 77045-4007**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,400.00

---

**3.18**

Nonpriority creditor's name and mailing address

**Drago America, LLC**

**Claudia Y. Cuellar**

**9777 West Gulf Bank Rd Suite 200**

**Houston, TX 77040**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$40,011.34

---

**3.19**

Nonpriority creditor's name and mailing address

**Durawatt Generators**

**Jonathan Hull**

**1721 Leesburg Commons Ct**

**Leesburg, FL 34748**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$5,757.10

---

**3.20**

Nonpriority creditor's name and mailing address

**Dvorak Law Group**

**David R. Mayer**

**9500 W. Dodge Rd Suite 100**

**Omaha, NE 68114**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$17,096.48

---

Debtor    **Green Copperfield, LLC d/b/a Trailer King Builders**                          Case number *(if known)* _____
          Name

| Part 2: | Additional Page |
|---|---|

**3.21** | Nonpriority creditor's name and mailing address

**Gulf Coast Gas and Equipment**

**Mary Conner**

**11924 N Houston Rosslyn Rd**

**Houston, TX 77086-3608**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

$43,798.23

---

**3.22** | Nonpriority creditor's name and mailing address

**Hisco**

**Pam Reed**

**6650 Concord Park Dr**

**Houston, TX 77040**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

$4,848.00

---

**3.23** | Nonpriority creditor's name and mailing address

**Houston Fire Protection**

**Nas Taye**

**2439 Oleander Dr**

**Pasadena, TX 77503**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

$11,840.00

---

**3.24** | Nonpriority creditor's name and mailing address

**HTX Steel**

**Fahad Hanif**

**3526 Yale Street**

**Houston, TX 77018**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

$55,639.40

---

Debtor    **Green Copperfield, LLC d/b/a Trailer King Builders**                    Case number *(if known)* _____
          Name

| Part 2: | Additional Page |
|---|---|

**3.25** Nonpriority creditor's name and mailing address

**Ignacio Jauregui**

**2406 Amber Leaf Ct**

**Cedar Hill, TX 75104**

Date or dates debt was incurred         _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$31,560.86

**3.26** Nonpriority creditor's name and mailing address

**Jia Media**

**Luke Chang**

**8813 Hollister Pine Ct**

**Houston, TX 77080**

Date or dates debt was incurred         _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Media and Marketing**

Is the claim subject to offset?
☑ No
☐ Yes

$34,600.00

**3.27** Nonpriority creditor's name and mailing address

**Libertas Funding**

**Ricky Palacio**

**411 West Putnam Avenue Suite 220**

**Greenwich, CT 06830**

Date or dates debt was incurred         _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$83,571.20

**3.28** Nonpriority creditor's name and mailing address

**Link America**

**David Carvajal**

**12056 Forestgate Dr**

**Dallas, TX 75243**

Date or dates debt was incurred         _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

$113.66

Debtor **Green Copperfield, LLC d/b/a Trailer King Builders**
Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.29** Nonpriority creditor's name and mailing address

**MA Foam**

**Martin Nolasco**

**12216 State Highway 249 #3**

**Houston, TX 77086**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,380.00

---

**3.30** Nonpriority creditor's name and mailing address

**NetWorld Media**

**Sandy Prendergast**

**13100 Eastpoint Park Blvd**

**Louisville, KY 40223**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

$4,528.32

---

**3.31** Nonpriority creditor's name and mailing address

**NRG**

**Account Representative**

**PO Box 660749**

**Dallas, TX 75266-0749**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,595.57

---

**3.32** Nonpriority creditor's name and mailing address

**Pure Water Partners**

**123 S 3rd Ave Suite 28**

**Sandpoint, ID 83864**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

$494.00

---

| Debtor | **Green Copperfield, LLC d/b/a Trailer King Builders** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 2:** | Additional Page |
|---|---|

---

**3.33** | Nonpriority creditor's name and mailing address

**Rico Thomas**

**c/o Kenneth W. Smith**

**7447 Harwin Drive 201**

**Houston, TX 77036**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $128,969.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Default Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address

**RS Hughes Company**

**Sonya Scott**

**1162 Sonora Court**

**Sunnyvale, CA 94086-5308**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $9,549.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address

**Ryerson**

**3530 South Loop E**

**Houston, TX 77021**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $8,467.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address

**Sameer Patel**

**2010 Greenville Ave D**

**Dallas, TX 75206**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $18,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor      **Green Copperfield, LLC d/b/a Trailer King Builders**                              Case number *(if known)* _____
            Name

| Part 2: | Additional Page |

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,499.80
*Check all that apply.*

**Saunders**

**Jamey Chism**

**1152 N. Main Street**

**Lombard, IL 60148**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Goods and Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36,031.90
*Check all that apply.*

**SSS Steel**

**Josie Pereyra**

**6000 Jensen Drive**

**Houston, TX 77026**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Goods and Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00
*Check all that apply.*

**Tactic Digital**

**Gabriela Atha**

**123 PENDING**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Goods and Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

Remarks: director@tactic-center.com

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,277.00
*Check all that apply.*

**Texas Best Restaurant Supply**

**Efrain**

**2421 Greens Rd**

**Houston, TX 77032**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Goods and Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

---

Debtor      **Green Copperfield, LLC d/b/a Trailer King Builders**

Name                                                                              Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,937.11 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|------------|

**The Home Depot**

**13400 Market St**

**Houston, TX 77015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Goods and Services**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,344.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Top Floor Marketing**

**Charles Zelaya**

**275 Alhambra Circle Suite 119**

**Coral Gables, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Goods and Services**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,140.80 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------|

**W&B Service Company**

**Montana Smith**

**3228 Bennington Road**

**Houston, TX 77093-9222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Goods and Services**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,717.57 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Waste Management**

**800 Capitol Street Suite 3000**

**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Goods and Services**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Green Copperfield, LLC d/b/a Trailer King Builders**          Case number *(if known)* _____
          Name

| Part 2: | Additional Page |

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,818.75
*Check all that apply.*

**Wieland Metal Services, LLC**

**Jayne Laforge**

**2040 Century Center Blvd**

**Irving, TX 75062**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Goods and Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $90,825.48
*Check all that apply.*

**z BITE LEND LLC**

**Patrick Bolanos**

**11734 Rastello Lane**

**Richmond, TX 77406**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Lease

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $44,341.47
*Check all that apply.*

**z Headway Capital**

**Patrick Bolanos**

**175 W. Jackson Blvd Suite 1000**

**Chicago, IL 60604**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Loan

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,331.89
*Check all that apply.*

**z Mobile Business Solutions, LLC**

**Patrick Bolanos**

**11734 Rastello Lane**

**Richmond, TX 77406**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Loan

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Debtor   **Green Copperfield, LLC d/b/a Trailer King Builders**          Case number *(if known)* _____
         Name

| Part 2: | Additional Page |
|---------|-----------------|

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $147,793.55 |
|------|--------------------------------------------------|-----------------------------------------------|-------------|

**3.49**

Nonpriority creditor's name and mailing address

**z Patrick Bolanos**

**11734 Rastello Lane**

**Richmond, TX 77406**

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loans**

Is the claim subject to offset?
☑ No
☐ Yes

$147,793.55

---

**3.50**

Nonpriority creditor's name and mailing address

**z Ramiro Gonzalez**

**21639 Cabramatta Field Dr.**

**Cypress, TX 77433**

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$169,711.11

---

**3.51**

Nonpriority creditor's name and mailing address

**z Valerie Facusse**

**11734 Rastello Lane**

**Richmond, TX 77406**

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Reimbursement for Amex ending in 51000 and Chase Ending**

Basis for the claim:  **3874**

Is the claim subject to offset?
☑ No
☐ Yes

$56,420.96

Debtor    **Green Copperfield, LLC d/b/a Trailer King Builders**
_____
Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $163,357.93 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $1,951,388.87 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $2,114,746.80 |

Fill in this information to identify the case:

Debtor name  **Green Copperfield, LLC d/b/a Trailer King Builders**

United States Bankruptcy Court for the:  **Southern**  District of  **Texas**

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 <u>**BITE LEND LLC**</u> | <u>**11734 Rastello Lane**</u><br>Street<br><u>**Patrick Bolanos**</u><br><br><u>**Richmond, TX 77406**</u><br>City          State          ZIP Code | **Credit Line Capital Group** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Libertas Funding** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Apex-Funding** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Timberland Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | **SBA - Newtek Small Business Finance, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **CAH Group, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **SBA - US Small Business Administration** | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | **Green Copperfield, LLC d/b/a Trailer King Builders** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.2 | **Mobile Business Solutions, LLC** | **11734 Rastello Ln**<br>Street<br>**Patrick Bolanos**<br>**Richmond, TX 77406-4661**<br>City          State          ZIP Code | **Credit Line Capital Group** | ☐ D  ☑ E/F  ☐ G |
| | | | **Libertas Funding** | ☐ D  ☑ E/F  ☐ G |
| | | | **Apex-Funding** | ☐ D  ☑ E/F  ☐ G |
| | | | **Timberland Bank** | ☑ D  ☐ E/F  ☐ G |
| | | | **SBA - Newtek Small Business Finance, LLC** | ☑ D  ☐ E/F  ☐ G |
| | | | **CAH Group, LLC** | ☑ D  ☐ E/F  ☐ G |
| | | | **SBA - US Small Business Administration** | ☑ D  ☐ E/F  ☐ G |
| 2.3 | **Patrick Bolanos** | **11734 Rastello Lane**<br>Street<br><br>**Richmond, TX 77406**<br>City          State          ZIP Code | **Credit Line Capital Group** | ☐ D  ☑ E/F  ☐ G |
| | | | **Libertas Funding** | ☐ D  ☑ E/F  ☐ G |
| | | | **Apex-Funding** | ☐ D  ☑ E/F  ☐ G |
| | | | **All American Floor Plan, LLC** | ☑ D  ☐ E/F  ☐ G |
| | | | **Chase ending #1411** | ☐ D  ☑ E/F  ☐ G |
| | | | **Amex Hilton Honors Card Ending #1002** | ☐ D  ☑ E/F  ☐ G |

| Debtor | **Green Copperfield, LLC d/b/a Trailer King Builders** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | | **Amex Delta Platinum Card ending #1004** | ☐ D  ☑ E/F  ☐ G |
| | | | **Chase Business Card ending #8453** | ☐ D  ☑ E/F  ☐ G |
| | | | **Amex Business Platinum Card ending #4001** | ☐ D  ☑ E/F  ☐ G |
| | | | **Timberland Bank** | ☑ D  ☐ E/F  ☐ G |
| | | | **SBA - Newtek Small Business Finance, LLC** | ☑ D  ☐ E/F  ☐ G |
| | | | **CAH Group, LLC** | ☑ D  ☐ E/F  ☐ G |
| | | | **SBA - US Small Business Administration** | ☑ D  ☐ E/F  ☐ G |
| 2.4 | **Ramiro Gonzalez** | **21639 Cabramatta Field Dr.**<br>Street<br><br>**Cypress, TX 77433**<br>City          State          ZIP Code | **Credit Line Capital Group** | ☐ D  ☑ E/F  ☐ G |
| | | | **Libertas Funding** | ☐ D  ☑ E/F  ☐ G |
| | | | **Apex-Funding** | ☐ D  ☑ E/F  ☐ G |
| | | | **All American Floor Plan, LLC** | ☑ D  ☐ E/F  ☐ G |
| | | | **Timberland Bank** | ☑ D  ☐ E/F  ☐ G |
| | | | **SBA - Newtek Small Business Finance, LLC** | ☑ D  ☐ E/F  ☐ G |

| Debtor | **Green Copperfield, LLC d/b/a Trailer King Builders** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **CAH Group, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **SBA - US Small Business Administration** | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br><br>_____<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br><br>_____<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case:

Debtor name __Green Copperfield, LLC d/b/a Trailer King Builders__

United States Bankruptcy Court for the:

__Southern District of Texas__

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.................................................................................

   $0.00

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*.............................................................................

   $135,933.22

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*...............................................................................

   $135,933.22

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   $1,649,270.54

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................

   $163,357.93

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

   + $1,951,388.87

4. **Total liabilities**.............................................................................................................

   Lines 2 + 3a + 3b

   $3,764,017.34

Fill in this information to identify the case:

Debtor name **Green Copperfield, LLC d/b/a Trailer King Builders**

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SBA - Newtek Small Business Finance, LLC<br><br>1981 Marcus Avenue Suite 130<br>New Hyde Park, NY 11042 | | | Contingent Disputed Unliquidated | | | $866,587.67 |
| 2 | SBA - US Small Business Administration<br><br>Office of General Counsel<br>409 3rd St. SW<br>Washington, DC 20416 | | | | $624,459.87 | $135,933.22 | $488,526.65 |
| 3 | Amex Business Platinum Card ending #4001<br><br>PO Box 981535<br>El Paso, TX 79998-1535 | | Credit Card | | | | $249,939.98 |
| 4 | All American Floor Plan, LLC<br><br>Wilton Wade<br>311 S 3rd Street<br>Union City, TN 38261 | wilton.wade@trailersfloorplanusa.com | Loan | | | | $158,223.00 |
| 5 | Rico Thomas<br>c/o Kenneth W. Smith<br>7447 Harwin Drive 201<br>Houston, TX 77036 | (713) 783-9292 | Default Judgment | Disputed | | | $128,969.22 |
| 6 | American Cargo Group<br><br>Accounts Receivable<br>1503 McNaughton Ave<br>Elkhart, IN 46514 | accounts.receivable@americancargogroup.com | Services | | | | $127,326.00 |
| 7 | Associated Distributors<br><br>Cliff Gallipo<br>2653 Austin Hwy Suite 104<br>San Antonio, TX 78218 | cliff@adi-america.com | Services | | | | $104,601.97 |
| 8 | Chase Business Card ending #8453<br><br>1118 Fry Rd<br>Houston, TX 77084 | | Credit Card | | | | $97,483.78 |

Debtor   **Green Copperfield, LLC d/b/a Trailer King Builders**

Name

Case number *(if known)*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Libertas Funding Ricky Palacio 411 West Putnam Avenue Suite 220 Greenwich, CT 06830 | rick.palacio@libertasfunding.com | Loan | Contingent Disputed Unliquidated | | | $83,571.20 |
| 10 | HTX Steel Fahad Hanif 3526 Yale Street Houston, TX 77018 | fahad.hanif@sesintinc.com | Goods and Services | | | | $55,639.40 |
| 11 | Ally Servicing LLC 1010 Dale St N Saint Paul, MN 55117 | | Loan | | | | $55,620.81 |
| 12 | Annette Ramirez, Tax Assessor-Collector PO Box 2109 Houston, TX 77210-2109 | | Accrued Sales Tax | | | | $49,826.69 |
| 13 | Gulf Coast Gas and Equipment Mary Conner 11924 N Houston Rosslyn Rd Houston, TX 77086-3608 | mary@gulfcoastgastx.com | Goods and Services | | | | $43,798.23 |
| 14 | Drago America, LLC Claudia Y. Cuellar 9777 West Gulf Bank Rd Suite 200 Houston, TX 77040 | austin@dragoamerica.com | Services | | | | $40,011.34 |
| 15 | SSS Steel Josie Pereyra 6000 Jensen Drive Houston, TX 77026 | Josie.Pereyra@intselsteel.com | Goods and Services | | | | $36,031.90 |
| 16 | Chase ending #1411 1118 Fry Rd Houston, TX 77084 | | Credit Card | | | | $35,839.32 |
| 17 | Credit Line Capital Group Mitchell Levy 124 Grove Avenue Suite 194 Cedarhurst, NY 11516 | mitch@shinecapitalgroup.com | Loan | Contingent Disputed Unliquidated | | | $35,382.91 |
| 18 | Jia Media Luke Chang 8813 Hollister Pine Ct Houston, TX 77080 | lukechang@trailerkingbuilders.com | Media and Marketing | | | | $34,600.00 |
| 19 | Dexter Distribution Group LLC John A Masters 2100 N. West Bypass Springfield, MO 65803 | | Services | | | | $33,742.73 |
| 20 | Ignacio Jauregui 2406 Amber Leaf Ct Cedar Hill, TX 75104 | | Loan | | | | $31,560.86 |

Airgas USA
Patricia Carter
N112W13333 Mequon Rd
Germantown, WI 53022


Airxcel
Rachael Meister
3050 N. St. Francis
Wichita, KS 67219


All American Floor Plan, LLC
Wilton Wade
311 S 3rd Street
Union City, TN 38261


Ally Servicing LLC
1010 Dale St N
Saint Paul, MN 55117


American Cargo Group
Accounts Receivable
1503 McNaughton Ave
Elkhart, IN 46514


Amex Business Platinum Card
ending #4001
PO Box 981535
El Paso, TX 79998-1535


Amex Delta Platinum Card
ending #1004
PO Box 981535
El Paso, TX 79998-1535


Amex Hilton Honors Card
Ending #1002
PO Box 981535
El Paso, TX 79998-1535

Annette Ramirez, Tax
Assessor-Collector
PO Box 2109
Houston, TX 77210-2109


Apex-Funding
Josh Eisenberg
3050 Biscayne Blvd Suite 502
Miami, FL 33137


Associated Distributors
Cliff Gallipo
2653 Austin Hwy Suite 104
San Antonio, TX 78218


BITE LEND LLC
Patrick Bolanos
11734 Rastello Lane
Richmond, TX 77406


CAH Group, LLC
3 Waters Park Dr. Suite 231
San Mateo, CA 94403


Carruth-Doggett, Inc.
Marlene Caman
7110 North Freeway
Houston, TX 77076


CE - 3D & Digital Designs
Catalina Estrada
Minorca 12
Villas Nautico Altamira89605


Chase Business Card ending
#8453
1118 Fry Rd
Houston, TX 77084

Chase ending #1411
1118 Fry Rd
Houston, TX 77084


Cintas Corp
Heather Crow
6707 W Sam Houston Pkwy N
Houston, TX 77041


Credit Line Capital Group
Mitchell Levy
124 Grove Avenue Suite 194
Cedarhurst, NY 11516


Dexter Distribution Group LLC
John A Masters
2100 N. West Bypass
Springfield, MO 65803


Diana's Commisary Food
Service Inc
Oscar Lazo
13515 S Post Oak Rd
Houston, TX 77045-4007


Drago America, LLC
Claudia Y. Cuellar
9777 West Gulf Bank Rd Suite 200
Houston, TX 77040


Durawatt Generators
Jonathan Hull
1721 Leesburg Commons Ct
Leesburg, FL 34748


Dvorak Law Group
David R. Mayer
9500 W. Dodge Rd Suite 100
Omaha, NE 68114

Gulf Coast Gas and Equipment
Mary Conner
11924 N Houston Rosslyn Rd
Houston, TX 77086-3608


Hisco
Pam Reed
6650 Concord Park Dr
Houston, TX 77040


Houston Fire Protection
Nas Taye
2439 Oleander Dr
Pasadena, TX 77503


HTX Steel
Fahad Hanif
3526 Yale Street
Houston, TX 77018


Ignacio Jauregui
2406 Amber Leaf Ct
Cedar Hill, TX 75104


Jia Media
Luke Chang
8813 Hollister Pine Ct
Houston, TX 77080


Libertas Funding
Ricky Palacio
411 West Putnam Avenue Suite 220
Greenwich, CT 06830


Link America
David Carvajal
12056 Forestgate Dr
Dallas, TX 75243

MA Foam
Martin Nolasco
12216 State Highway 249 #3
Houston, TX 77086


Mobile Business Solutions,
LLC
Patrick Bolanos
11734 Rastello Ln
Richmond, TX 77406-4661


NetWorld Media
Sandy Prendergast
13100 Eastpoint Park Blvd
Louisville, KY 40223


NRG
Account Representative
PO Box 660749
Dallas, TX 75266-0749


Patrick Bolanos
11734 Rastello Lane
Richmond, TX 77406


Pure Water Partners
123 S 3rd Ave Suite 28
Sandpoint, ID 83864


Ramiro Gonzalez
21639 Cabramatta Field Dr.
Cypress, TX 77433


Rico Thomas
c/o Kenneth W. Smith
7447 Harwin Drive 201
Houston, TX 77036

RS Hughes Company
Sonya Scott
1162 Sonora Court
Sunnyvale, CA 94086-5308


Ryerson
3530 South Loop E
Houston, TX 77021


Sameer Patel
2010 Greenville Ave D
Dallas, TX 75206


Saunders
Jamey Chism
1152 N. Main Street
Lombard, IL 60148


SBA - Newtek Small Business
Finance, LLC
1981 Marcus Avenue Suite 130
New Hyde Park, NY 11042


SBA - US Small Business
Administration
Office of General Counsel
409 3rd St. SW
Washington, DC 20416


SSS Steel
Josie Pereyra
6000 Jensen Drive
Houston, TX 77026


Tactic Digital
Gabriela Atha
123 PENDING

Texas Best Restaurant Supply
Efrain
2421 Greens Rd
Houston, TX 77032

The Home Depot
13400 Market St
Houston, TX 77015

Timberland Bank
624 Simpson Ave
Hoquiam, WA 98550

Top Floor Marketing
Charles Zelaya
275 Alhambra Circle Suite 119
Coral Gables, FL 33134

W&B Service Company
Montana Smith
3228 Bennington Road
Houston, TX 77093-9222

Waste Management
800 Capitol Street Suite 3000
Houston, TX 77002

Wieland Metal Services, LLC
Jayne Laforge
2040 Century Center Blvd
Irving, TX 75062

z BITE LEND LLC
Patrick Bolanos
11734 Rastello Lane
Richmond, TX 77406

z Blanca Duque
21639 Cabramatta Field Dr.
Cypress, TX 77433

z Headway Capital
Patrick Bolanos
175 W. Jackson Blvd Suite 1000
Chicago, IL 60604

z Mobile Business Solutions, LLC
Patrick Bolanos
11734 Rastello Lane
Richmond, TX 77406

z Patrick Bolanos
11734 Rastello Lane
Richmond, TX 77406

z Ramiro Gonzalez
21639 Cabramatta Field Dr.
Cypress, TX 77433

z Roy Alba
530 New Haven Dr.
Houston, TX 77076

z Valerie Facusse
11734 Rastello Lane
Richmond, TX 77406

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: **Green Copperfield, LLC d/b/a Trailer
King Builders**

CASE NO

CHAPTER 11

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____**07/03/2025**_____     Signature _____

Patrick Bolanos, Authorized Signer

Fill in this information to identify the case:

Debtor name   **Green Copperfield, LLC d/b/a Trailer King Builders**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/03/2025**          X _____
MM/ DD/ YYYY                        Signature of individual signing on behalf of debtor

**Patrick Bolanos**
Printed name

PRESIDENT
Position or relationship to debtor

Official Form B202            Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name   **Green Copperfield, LLC d/b/a Trailer King Builders**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,531,858.00** |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$4,818,338.00** |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$6,374,189.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY     MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY     MM/ DD/ YYYY | _____ | _____ |

| Debtor | **Green Copperfield, LLC d/b/a Trailer King Builders** | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Lewis Brisbois** <br> Creditor's name <br><br> **24 Greenway Plaza 1400** <br> Street <br><br><br> **Houston, TX 77046** <br> City   State   ZIP Code | **5/29/2025** | **$15,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. <br> Creditor's name <br><br> Street <br><br><br> City   State   ZIP Code <br> **Relationship to debtor** | | | |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor    **Green Copperfield, LLC d/b/a Trailer King Builders**                    Case number *(if known)* _____
          Name

| 5.1. | **Rico Thomas** | **$19,566.78 in cash from bank account at** | _____ | _____ |
|------|----------------|---------------------------------------------|-----------|-----------|
|      | Creditor's name | **Texas Capital Bank** | | |

**7447 Harwin Drive 201**
Street

_____

**Houston, TX 77036**
City                    State      ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|------------------------------|------------------------------------------|------------------------|--------|
| 6.1. _____ | _____ | _____ | _____ |
| Creditor's name | XXXX– __ __ __ __ | | |
| Street | | | |
| _____ | | | |
| City          State      ZIP Code | | | |

| **Part 3:** | Legal Actions or Assignments |
|-------------|------------------------------|

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-------------------------------------|----------------|
| | **Willie Owens v. Green Copperfield LLC et al.** | **Contract dispute** | **County Court at Law, Dallas County** <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number | | Street | |
| | **CC-24-07656-A** | | _____ <br> City     State   ZIP Code | |
| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
| | **Betelmania LLC v. Green Copperfield LLC** | **Homeowners Association** | **Harris County District Court 113th Judicial District** <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number | | **201 Caroline Floor 10** <br> Street | |
| | **202516132** | | **Houston, TX 77002** <br> City     State   ZIP Code | |

Debtor   **Green Copperfield, LLC d/b/a Trailer King Builders**                    Case number *(if known)*
Name

| 7.3. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | Champagne, Scotty v. Green Copperfield LLC | Contract dispute | Harris County 295th Judicial District | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | 201 Caroline Floor 14 | ☐ Concluded |
| | | | Street | |
| | **Case number** | | | |
| | 202400300 | | Houston, TX 77002 | |
| | | | City          State     ZIP Code | |

| 7.4. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | Rico Thomas v. Green Copperfield, LLC | Reopened garnishment action after judgment | Harris County Civil Court at Law No. 3 | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | 201 Caroline 532 | ☐ Concluded |
| | | | Street | |
| | **Case number** | | | |
| | 1234508-801 | | Houston, TX 77002 | |
| | | | City          State     ZIP Code | |

| 7.5. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | Associated Distributors, Inc. v. Green Copperfield LLC | Contract dispute | County Court at Law No. 2, Denton County Texas | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | | ☐ Concluded |
| | | | Street | |
| | **Case number** | | | |
| | CV-2025-00707 | | | |
| | | | City          State     ZIP Code | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | **Custodian's name and address** | **Description of the property** | **Value** |
|---|---|---|---|
| | Custodian's name | | |
| | | **Case title** | **Court name and address** |
| | Street | | Name |
| | | **Case number** | Street |
| | City          State     ZIP Code | | |
| | | **Date of order or assignment** | City          State     ZIP Code |

---

**Part 4:**   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

Debtor  **Green Copperfield, LLC d/b/a Trailer King Builders**

Name

Case number *(if known)*

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City                    State        ZIP Code

Recipient's relationship to debtor

---

**Part 5:**  Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1.

---

**Part 6:**  Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❏ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Lewis Brisbois** | **Attorney's Fee** | **5/29/2025** | **$15,000.00** |
| | **Address** | | | |
| | **24 Greenway Plaza 1400** | | | |
| | Street | | | |
| | **Houston, TX 77046** | | | |
| | City            State        ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **5**

Debtor **Green Copperfield, LLC d/b/a Trailer King Builders**                    Case number *(if known)* _____
        Name

**12.   Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Trustee** | | | |
| | _____ | | | |

**13.   Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City              State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:**   Previous Locations

**14.   Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. **5440 Guhn Road** | From  **01/01/2022**  To  **01/01/2023** |
| Street | |
| **Houston, TX 77040** | |
| City              State      ZIP Code | |

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **6**

| Debtor | **Green Copperfield, LLC d/b/a Trailer King Builders** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name <br><br> _____ <br> Street <br><br> _____ <br> City          State     ZIP Code | _____ <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br><br> _____ | _____ <br><br> **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br><br> ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. **DL, LL for titling vehicles and trailers** _____

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor  **Green Copperfield, LLC d/b/a Trailer King Builders**

Name

Case number *(if known)* _____

18.1 _____  XXXX– _ _ _ _    ☐ Checking    _____  _____

Name

☐ Savings

Street

☐ Money market

☐ Brokerage

☐ Other

City              State      ZIP Code           _____

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | Address | | |
| City          State      ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | Address | | |
| City          State      ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| | | | |
| City          State      ZIP Code | | | |

Debtor  **Green Copperfield, LLC d/b/a Trailer King Builders**                    Case number *(if known)* _____
        Name

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
|  | City          State    ZIP Code |  |  |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ |  |
| _____ | _____ | _____ |  |
| City        State    ZIP Code | City        State    ZIP Code |  |  |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ |  |
| _____ | _____ | _____ |  |
| City        State    ZIP Code | City        State    ZIP Code |  |  |

| Debtor | Green Copperfield, LLC d/b/a Trailer King Builders | Case number *(if known)* |
|---|---|---|
| | Name | |

---

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>City  State  ZIP Code | _____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____  To _____ |

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Fatima Rizo**<br>Name<br>**7730 Pinemont Drive**<br>Street<br><br>**Houston, TX 77040**<br>City  State  ZIP Code | From **2022**  To **2025** |
| 26a.2. **Tyler Schmorleitz**<br>Name<br>**7730 Pinemont Drive**<br>Street<br><br>**Houston, TX 77040**<br>City  State  ZIP Code | From **2020**  To **2025** |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Barry VonDeylen**<br>Name<br>**7730 Pinemont Drive**<br>Street<br><br>**Houston, TX 77040**<br>City  State  ZIP Code | From **09/2024**  To **09/2024** |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

Debtor   **Green Copperfield, LLC d/b/a Trailer King Builders**                     Case number *(if known)*
_____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |

_____
Name

_____
Street

_____

_____
City                          State                ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.   **Newtek Bank**
_____
Name

**1981 Marcus Ave Ste 130**
_____
Street

_____

**New Hyde Park, NY 11042**
_____
City                          State                ZIP Code

| Name and address |
|---|

26d.2.   **Texas Capital Bank**
_____
Name

**1001 E. Lookout Dr., Tower A 700**
_____
Street

_____

**Richardson, TX 75082**
_____
City                          State                ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |

_____
Name

_____
Street

_____

_____
City                          State                ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|

Debtor    **Green Copperfield, LLC d/b/a Trailer King Builders**                                    Case number *(if known)* _____

           Name

| Patrick Bolanos | 11734 Rastello Lane Richmond, TX 77406 | , Owner | 50.00% |
| Ramiro Gonzalez | 21639 Cabramatta Field Dr. Cypress, TX 77433 | , Owner | 25.00% |
| Roy Alba | 530 New Haven Dr. Houston, TX 77076 | , Owner | 25.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| _____ | _____ , | _____ | From _____ |
|  |  |  | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City                State        ZIP Code | _____ | _____ | _____ |
| Relationship to debtor <br><br> _____ |  |  |  |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:** Signature and Declaration

| Debtor | **Green Copperfield, LLC d/b/a Trailer King Builders** | Case number *(if known)* |
|--------|---------------------------------------------------------|---------------------------|
|        | Name                                                    |                           |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___07/03/2025___
              MM/ DD/ YYYY

X _____          Printed name _____**Patrick Bolanos**_____
  Signature of individual signing on behalf of the debtor

Position or relationship to debtor ___Owner___

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Texas

**In re**     Green Copperfield, LLC d/b/a Trailer King Builders

Case No. _____

**Debtor**                                                     Chapter _____ 11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.     Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered
or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ **FLAT FEE**

For legal services, I have agreed to accept .................................................................... __**$15,000.00**__

Prior to the filing of this statement I have received ............................................................ __**$15,000.00**__

Balance Due ............................................................................................................... __**$0.00**__

☒ **RETAINER**                                                             $5,000 / week post-petition
for 10 weeks
For legal services, I have agreed to accept and received a retainer of ................................... _____

The undersigned shall bill against the retainer at an hourly rate of ........................................ _____
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and
expenses exceeding the amount of the retainer.

2.     The source of the compensation paid to me was:

☑ Debtor              ☐ Other (specify)

3.     The source of compensation to be paid to me is:

☑ Debtor              ☐ Other (specify)

4.     ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my
law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my
law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.     Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in
bankruptcy;

b.     Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

B2030 (Form 2030) (12/15)

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

    07/03/2025
_____

*Date*

Bennett G. Fisher
*Signature of Attorney*

Bar Number: 07049125
Lewis Brisbois
24 Greenway Plaza 1400
Houston, TX 77046
Phone: (713) 659-6767

**Lewis Brisbois**

*Name of law firm*

---

Date:    07/03/2025

Patrick Bolanos